# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| **Herbert J. Robinson Jr.**, Petitioner(s), vs. **Erik A. Hooks**, Respondent(s). | JUDGMENT IN CASE<br><br>3:19-cv-00511-MR |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 8, 2020 Order.

December 8, 2020

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court